### Nancy J. Furlong vs. Stephen B. Munn.

The appraised valuation of property by appraisers at the time of the distress, is the proper sum to govern the penalty of the replevin bond.

*Motion by defendant that the penalty of the replevin bond in this cause be increased, or for a new appraisement before the sheriff of New York.*— Defendant's facts: The property replevied was seized by defendant for $900 rent. It consists of millinery articles. The plaintiff stated to divers persons that the property was worth about $1,000. The appraisal before the sheriff was made by the plaintiff's attorney, who valued the property at $300. Plaintiff's facts: Plaintiff is a sub-tenant. Her property and that of the original were distrained on. Her part was appraised at $293, and the other part at $600. This appraisal, made by the appraisers on the distress, was the basis upon which plaintiff's attorney made his valuation.

P. J. Joachimssen, *Defts Counsel.* Woodruff & Goodman, *Defts Attys.* T. Hastings, *Plffs Counsel.* E. G. Ransom, *Plffs Atty.*

*Per Curiam.*—The appraised value is that made by the appraisers, who acted on the part of the defendant. The motion is denied, but as it is rather undesirable to allow the plaintiff's attorney to be a witness upon this occasion, I shall not give costs to either party.

*Decision.*—Motion denied without costs.